IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANTONIO SEAY,                                   :
                                                :
                    Plaintiff                   :
                                                :
          VS.                                   :
                                                :
Comm'r JAMES E. DONALD, *et al.*,               :        NO. 5:07-CV-88 (CAR)
                                                :
                    Defendants                  :        **O R D E R**

          Plaintiff has requested this court to appoint counsel to assist him with his civil complaint

brought pursuant to 42 U.S.C. § 1983.  Generally speaking, no right to counsel exists in civil rights

actions.  ***See Wahl v. McIver***, 773 F.2d 1169, 1174 (11th Cir. 1986).  It is a privilege that is justified

only by exceptional circumstances.  ***Lopez v. Reyes***, 692 F.2d 15, 17 (5th Cir. 1982).

          Plaintiff's motion for appointment of counsel is viewed by the court as being premature.

Until such time as responses have been made by the defendants and the court has had an opportunity

to review both the complaint and the responses thereto, a proper evaluation of the plaintiff's need

for counsel cannot be made.  The court on its own motion will consider appointing legal counsel for

the plaintiff if and when it becomes apparent that legal assistance is required in order to avoid

prejudice to his rights.

          Accordingly, at the present time, the plaintiff's motion for appointment of counsel is

**DENIED**.

          **SO ORDERED**, this 9th day of MARCH, 2007.



                                        CLAUDE W. HICKS, JR.
                                        UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com